THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>SIYAD SHAMO,<br><br>      Defendant. | CASE NO. CR15-0158-JCC<br><br>ORDER DISMISSING DEFENDANT |

This matter comes before the Court on the Government's motion to dismiss Defendant Siyad Shamo (Dkt. No. 14). Having considered the parties' briefing and the balance of the record, the Court hereby DISMISSES this prosecution without prejudice. The Court understands that Mr. Shamo will be prosecuted in King County Superior Court.

DATED this 15th day of June 2015.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE